**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

TRISTA SKAGGS,

      Plaintiff,

  vs.

GALT VENTURES, LLC,

      Defendant.

Case No. 4:26-CV-00755-HSG

**ORDER ON PARTIES' STIPULATION FOR ARBITRATION (as modified)**

## ORDER

This matter coming before the Court on the parties' Stipulation for Arbitration, the Court being advised in the premises, and for good cause appearing, IT IS HEREBY ORDERED that:

(1) The stipulation to proceed in arbitration is granted;

(2) The matter is stayed pending completion of the arbitration.

(3) The parties are directed to file a joint report every 120 days regarding the status of the arbitration proceedings.

(4) The Clerk is directed to administratively close the case.

Dated: 5/12/2026            *Haywood S. Gill, Jr.*

1

PARTIES' STIPULATION FOR ARBITRATION