Alexander J. Taylor, Esq.
**SULAIMAN LAW GROUP**
2500 South Highland Ave., Ste 200
Lombard, Illinois 60148
Telephone: 630-575-8181
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TRISTA SKAGGS,<br><br>Plaintiff,<br><br>v.<br><br>GALT VENTURES, LLC,<br><br>Defendants. | Case No. 4:26-cv-00755-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against GALT VENTURES, LLC is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

Dated: 8/28/2026

Haywood S. Gilliam, Jr.
The Honorable Haywood S. Gilliam, Jr.
United States District Judge